Doe #1

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 10/19/2012 03:33:16 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 10/19/2012 03:33:16 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 10/19/2012 03:33:16 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 10/19/2012 03:33:16 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 10/19/2012 03:33:16 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 10/19/2012 03:33:16 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 10/19/2012 03:33:16 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 10/19/2012 03:33:16 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 10/19/2012 03:33:16 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 10/19/2012 03:33:16 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 10/19/2012 03:33:16 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 10/19/2012 03:33:16 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 10/19/2012 03:33:16 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 10/19/2012 03:33:16 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 10/19/2012 03:33:16 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 10/19/2012 03:33:16 |

**Total Statutory Copyright Infringements for Doe #1:  16**

Doe #2

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 09/12/2012 15:44:34 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 09/12/2012 15:44:34 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 09/12/2012 15:44:34 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 09/12/2012 15:44:34 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 09/12/2012 15:44:34 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 09/12/2012 15:44:34 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 09/12/2012 15:44:34 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 09/12/2012 15:44:34 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 09/12/2012 15:44:34 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 09/12/2012 15:44:34 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 09/12/2012 15:44:34 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 09/12/2012 15:44:34 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 09/12/2012 15:44:34 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 09/12/2012 15:44:34 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 09/12/2012 15:44:34 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 09/12/2012 15:44:34 |

**Total Statutory Copyright Infringements for Doe #2:  16**

EXHIBIT C

Doe #3

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 09/10/2012 00:27:49 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 09/10/2012 00:27:49 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 09/10/2012 00:27:49 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 09/10/2012 00:27:49 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 09/10/2012 00:27:49 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 09/10/2012 00:27:49 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 09/10/2012 00:27:49 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 09/10/2012 00:27:49 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 09/10/2012 00:27:49 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 09/10/2012 00:27:49 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 09/10/2012 00:27:49 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 09/10/2012 00:27:49 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 09/10/2012 00:27:49 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 09/10/2012 00:27:49 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 09/10/2012 00:27:49 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 09/10/2012 00:27:49 |

**Total Statutory Copyright Infringements for Doe #3: 16**

EXHIBIT C

DC44

Doe #4

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 10/22/2012 04:21:45 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 10/22/2012 04:21:45 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 10/22/2012 04:21:45 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 10/22/2012 04:21:45 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 10/22/2012 04:21:45 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 10/22/2012 04:21:45 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 10/22/2012 04:21:45 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 10/22/2012 04:21:45 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 10/22/2012 04:21:45 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 10/22/2012 04:21:45 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 10/22/2012 04:21:45 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 10/22/2012 04:21:45 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 10/22/2012 04:21:45 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 10/22/2012 04:21:45 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 10/22/2012 04:21:45 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 10/22/2012 04:21:45 |

**Total Statutory Copyright Infringements for Doe #4:  16**

EXHIBIT C

DC44

Doe #5

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 10/13/2012 01:20:13 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 10/13/2012 01:20:13 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 10/13/2012 01:20:13 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 10/13/2012 01:20:13 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 10/13/2012 01:20:13 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 10/13/2012 01:20:13 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 10/13/2012 01:20:13 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 10/13/2012 01:20:13 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 10/13/2012 01:20:13 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 10/13/2012 01:20:13 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 10/13/2012 01:20:13 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 10/13/2012 01:20:13 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 10/13/2012 01:20:13 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 10/13/2012 01:20:13 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 10/13/2012 01:20:13 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 10/13/2012 01:20:13 |

**Total Statutory Copyright Infringements for Doe #5:  16**

EXHIBIT C

DC44