## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC., <br><br>          Plaintiff, <br><br>          v. <br><br>JOHN DOES 1–5, <br><br>          Defendants. | Civil Action No. 12-1809 (BAH) <br><br> Judge Beryl A. Howell |

### ORDER SUPPLEMENTING ORDER DATED DECEMBER 6, 2012

This Order supplements the portions of the Court's prior Order dated December 6, 2012, ECF No. 6, which pertain to (1) providing affected subscribers with the Court-directed notice, and (2) the requirement that any motion to modify or quash a subpoena be filed within thirty days of service of the subpoena upon an ISP.  Accordingly, it is hereby

**ORDERED** that any ISP served with a subpoena shall provide any affected subscribers with the Court-directed notice, which is attached as Appendix A to the December 6, 2012 Order, within fourteen (14) days from the date the ISP is served with a subpoena; and it is further

**ORDERED** that if any ISP wishes to modify or quash a subpoena, it must do so before the return date of the subpoena, which shall be thirty (30) days from the date of service; and it is further

**ORDERED** that if any putative defendant wishes to modify or quash a subpoena, he or she must do so within fourteen (14) days of receipt of the Court-directed notice, which is attached as Appendix A to the December 6, 2012 Order.

      **SO ORDERED.**

**DATE:**  January 23, 2013

                                                                     /s/ *Beryl A. Howell* <br>
                                                              BERYL A. HOWELL <br>
                                                              United States District Judge