# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>JOHN DOES 1-5, )<br>)<br>    Defendants. )<br>_____) | Civil Case No. 12-cv-01809-BAH |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND NOTICE OF VOLUNTARY DISMISSAL

Plaintiff respectfully submits the following response to the Court's Order to Show Cause issued on March 20, 2013 and hereby voluntarily dismisses John Does 1, 2, 3, 4 and 5 ("Defendants") from this action <u>without prejudice</u>. Defendants were assigned the IP addresses 68.33.82.246, 69.250.148.230, 98.218.225.197, 216.15.49.213 and 71.178.135.252. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 1, 2013

                                                   Respectfully Submitted,

                                                   By: /s/ *Jon A. Hoppe*
                                                   Jon A. Hoppe, Esquire #438866
                                                   Counsel
                                                   Maddox, Hoppe, Hoofnagle &
                                                        Hafey, L.L.C.
                                                   1401 Mercantile Lane #105
                                                   Largo, Maryland 20774
                                                   (301) 341-2580

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:  /s/ *Jon A. Hoppe*